IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-CV-00279-KS

| | | |
|---|---|---|
| ZONYA LOCKLEAR,<br>Plaintiff,<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <u>ORDER</u> |

This is an action for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision denying Plaintiff's application for Social Security disability benefits. Plaintiff filed his brief pursuant to the Supplemental Rules for Social Security Actions, and Defendant has moved to remand the case to the Commissioner for further administrative proceedings. Plaintiff consents to remand.

For good cause shown and with consent of the parties, the court GRANTS the motion to remand [DE #10], REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, the Appeals Council will refer the case to an Administrative Law Judge, who will offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision. The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This 20th day of November 2026.

Kimberly A. Swank
KIMBERLY A. SWANK
United States Magistrate Judge