UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZONYA LOCKLEAR,<br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>Case No. 7:26-CV-279-KS |

**Decision by Court.**

This matter is before the court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Motion to Remand [DE-10], reverses the Commissioner's decision under sentence four of 42 U.S.C.§ 405(g) and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on November 20, 2026, with *electronic service* upon the following:

**Laura Beth Waller**
*Counsel for Plaintiff*

**Wanda Mason**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: November 20, 2026

/s/ Shelia D. Foell
(By): Shelia D. Foell
Deputy Clerk, U.S. District Court